**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:

Shawna Lynn Mildred Altepeter

Case No: 24–43260 – WJF

Debtor(s)

Chapter 7 Case

---

**NOTICE CLOSING CASE WITHOUT DISCHARGE**

Notice is given that this case has been closed without discharge.

***Debtor Shawna Lynn Mildred Altepeter:*** Discharge Withheld for Failure to Submit Cert of Instructional Course for Personal Financial Mgmt

If the debtor(s) wishes to receive a discharge, the debtor(s) must file an application to reopen the case and pay the appropriate reopening fee. If the application to reopen is granted, the debtor(s) may file the absent certifications and a discharge may be granted thereafter.

Dated: 3/7/25

Tricia Pepin
Clerk, United States Bankruptcy Court


By: Kanee
Deputy Clerk


**mnbocwod** 6/9/14 pb